FILED

08/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0084

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0084

_____

FAYE JACKSON, an individual, and as Personal
Representative of the Estate of Edna Balkoski,
Deceased,

      Plaintiff and Appellant,

  v.

STEVEN J. BALKOSKI, an individual,

      Defendant and Appellee.

O R D E R

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John C. Brown, District Judge.

                  For the Court,

                  Electronically signed by:
                  Mike McGrath
                  Chief Justice, Montana Supreme Court
                  August 14 2024